UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE:                                                              Chapter 7
                                                                    Case No.: 11-45635-ESS
    MARCIA LAWRENCE,

                Debtor.                             **NOTICE OF MOTION**

------------------------------------------------------------X

**SIRS:**

    **PLEASE TAKE NOTICE,** that upon the affirmation of Gary C. Fischoff, sworn to the 19th day of August, 2011, a motion will be made to a term of this Court for an Order granting Rushmore Capital Partners, LLC relief from the provisions of the automatic stay, pursuant to Section 362(d) of the Bankruptcy Code and Rules 4001 and 9014 of the Federal Rules of Bankruptcy procedure, together with such other and further relief as this Court deems just, proper and equitable.

|  |  |
|---|---|
| **DATE & TIME:** | September 8, 2011 at 10:00 a.m. |
| **BANKRUPTCY JUDGE:** | Hon. Elizabeth S. Stong |
| **COURTHOUSE:** | 271 Cadman Plaza East, Courtroom 3585 |
|  | Brooklyn, New York 11201 |

Dated: Woodbury, New York
       August 19, 2011

                                      STEINBERG, FINEO, BERGER,
                                      & FISCHOFF, P.C.
                                      *Attorneys for Rushmore Capital Partners, LLC*
                                      40 Crossways Park Drive
                                      Woodbury, New York 11797
                                      (516) 747-1136

                                      _____
                                      By: Gary C. Fischoff, Esq.